E. M. VAUGHAN v. STATE.

198 So. 109
Division A
Opinion Filed October 15, 1940
Rehearing Denied October 30, 1940

*Philip D. Beall,* for Plaintiff in Error;
*George Couper Gibbs,* Attorney General, and *William Fisher, Jr.,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—The record in this case has been carefully examined and no reversible error appears; therefore, the judgment of the circuit court is—

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

CHAPMAN, J., concurs in opinion and judgment.

Justices WHITFIELD and BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.